UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Criminal No. 11-cr-144-01-JD

Raymond Paulin

O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted. Trial is continued to the two-week period beginning March 20, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: November 15, 2011

cc: Robert Kinsella, Esq.
    Bjorn Lange, Esq.
    U.S. Marshal
    U.S. Probation