UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                             Criminal No. 11-cr-144-01-JD

<u>Raymond Paulin</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 34) filed by defendant is granted. Jury trial is rescheduled to the two-week period beginning Tuesday, March 19, 2013, at 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: December 13, 2012

cc: Bjorn Lange, Esq.
    Robert Kinsella, Esq.
    U.S. Marshal
    U.S. Probation